# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

December 4, 2008

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

The Honorable Lonny R. Suko
U.S. District Judge
William O. Douglas Courthouse
25 S. Third Street
Yakima, WA 98907

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 4 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**RE: AWWAD, Ziad**
**Docket No: 2:05CR02085-001**

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

The purpose of this letter is to advise the Court of the defendant's request to travel outside of the country. Your Honor previously allowed Mr. Awwad to travel to Ramallah Palestine in West Bank Israel on August 11, 2008. Mr. Awwad returned to the United States as instructed without incidents.

Mr. Awwad has informed this officer that his mother has been hospitalized for the past four days and her condition continues to decline. According to Mr. Awwad, his mother's doctors believe she has a short time left to live. Mr. Awwad also stated that he would like to see his mother once more before she passes.

Mr. Awwad's request is that he be allowed to travel by Delta Airlines, leaving from Yakima, Washington to Ramallah Palestine in West Bank Israel on December 5, 2008, and returning to Yakima by the same mode of travel on December 12, 2008.

Mr. Awwad has been cooperative with his supervision. He remains self-employed. He owns and operates Imperial Food a mini mart located at 604 South Third Street in Yakima, Washington. In addition to his mini mart business, he owns rental properties.

AWWAD, Ziad
December 4, 2008
Page 2

Contact was made with Assistant U.S. Attorney Robert A. Ellis and he did not object to this request. Therefore, this officer recommends Mr. Awwad's request to travel to West Bank Israel be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  12/4/08
Jose  Zepeda         Date
U.S. Probation Officer

APPROVED BY:

_____  12/4/08
Rebecca M. Nichols   Date
Supervising U.S. Probation Officer

---

**ORDER OF THE COURT:**

Approved  ✓ _____    Disapproved _____

12/5/08
Date

_____
The Honorable Lonny R. Suko
U.S. District Judge