# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 376-7467 / fax (509) 372-2590

November 19, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 23 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

REPLY TO <u>Yakima</u>

The Honorable Lonny R. Suko
U.S. District Judge
William O. Douglas Courthouse
25 S. Third Street
Yakima, WA  98907

**RE: AWWAD, Ziad**
**Docket No: 2:05CR02085-001**

**<u>REQUEST FOR OUT OF COUNTRY TRAVEL</u>**

Your Honor:

The purpose of this letter is to advise the Court of the defendant's request to travel outside of the country.  Your Honor previously allowed Mr. Awwad to travel to Ramallah Palestine in West Bank Israel on two prior occassions.  Mr. Awwad returned to the United States as instructed without incidents.

Mr. Awwad's request is that he be allowed to travel by Delta Airlines, leaving from Yakima, Washington to Ramallah Palestine in West Bank Israel on December 10, 2009, and returning to Yakima by the same mode of travel on January 22, 2010.

Mr. Awwad continues to do well on supervision.  He remains self-employed.  He owns and operates Imperial Food a mini mart located at 604 South Third Street in Yakima, Washington.  Mr. Awwad's term of supervised release is scheduled to expire on January 19, 2010.

Contact was made with Assistant U.S. Attorney Robert A. Ellis and he did not object to this request.  Therefore, this officer recommends Mr. Awwad's request to travel to West Bank Israel be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  11/19/09

Jose   Zepeda                              Date
U.S. Probation Officer

APPROVED BY:

_____  11/19/09
Rebecca M. Nichols          Date
Supervising U.S. Probation Officer

_____

**ORDER OF THE COURT:**

**Approved** _____     **Disapproved** _____

_11/21/09_____          _____
**Date**                             The Honorable Lonny R. Suko
                                     U.S. District Judge